<u>DEFENDANT</u>:   3.  GREGORY A. COLLINS

<u>YEAR OF BIRTH</u>:   1954, 1958

<u>ADDRESS</u>:   Denver, Colorado

<u>COMPLAINT FILED</u>: ____YES   __X__   NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> ____YES   __X__   NO

<u>OFFENSE</u>:

<u>Count Thirty-One</u>:   Conspiracy to Use and Maintain Drug-Involved Premises
21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)

<u>Count Thirty-Two</u>:   Using and Maintaining Drug-Involved Premises
21 U.S.C. § 856(a)(1) and (2) and (b)

Aiding and Abetting
18 U.S.C. § 2

<u>LOCATION OF OFFENSE</u>:  Denver County, Colorado
(COUNTY/CITY/STATE)

<u>PENALTY</u>:

<u>Count Thirty-One</u>:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty-Two</u>:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

**NOTICE OF FORFEITURE**

<u>AGENT</u>:   Special Agent Jason Cole
Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other

THE GOVERNMENT

__X__ will seek detention in this case     _____ will **not** seek detention in this case


The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:     __X__     Yes     _____ No