IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. **12-cr-00010-MSK-16**

UNITED STATES OF AMERICA,

       Plaintiff,

v.
1.     GEORGE H. ASKEW,
2.     ROMELL E. BULLOCK,
3.     GREGORY A. COLLINS,
4.     GEORGE A. GADDY,
5.     DELBERT J. GARDNER,
6.     RICHARD W. JOHNSON,
7.     SHEPS H. KHAMSAHU,
8.     ERIC LUGO,
9.     LAWRENCE T. MARTIN,
10.   JOHNIE A. MYERS,
11.   DARRELL R. PARKER,
12.   CALVIN R. RILEY,
13.   COREY L. RILEY,
14.   THOMAS A. ACHRAH, JR.,
15.   JAMES R. SWITZER, and
**16.   CLIFFORD M. WRIGHT,**

       Defendants,

---

**ENTRY OF APPEARANCE**

---

    **COMES NOW**, RONALD J. HAHN, Attorney at Law, and hereby enters his appearance on behalf of the above named Defendant Clifford M. Wright, as CJA Appointed Counsel for all purposes in the above captioned case.

Dated this 25th day of January, 2012.

Respectfully submitted,

s/Ronald J. Hahn
Ronald J. Hahn
333 W. Hampden Ave., Ste. 415
Englewood, CO  80110

Telephone #: 303-762-0445
E-mail: rhahn3677@hotmail.com
FAX Number:  303-761-2735
Attorney for Defendant Clifford M. Wright

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2012, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed attorney's of record at this time.

s/Andrea Marcotte-Slifka