AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.

16. CLIFFORD M. WRIGHT

)
)
)
)
)
)

Case No. 12-cr-00010-MSK

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Clifford M. Wright,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(C)
Using and Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting, 18 U.S.C. § 2

Date: 01/09/2012

s/ M.J. Garcia
*Issuing officer's signature*

City and state:   Denver, CO

Gregory C. Langham, Clerk, U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/20/12, and the person was arrested on *(date)* 1/20/12
at *(city and state)* Denver, CO

Date: 1/23/12

*Arresting officer's signature*  #7904

BEN BIRD  ATF SA
*Printed name and title*