IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. **12-cr-00010-MSK-16**

UNITED STATES OF AMERICA,

    Plaintiff,

v.
1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. ACHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  **CLIFFORD M. WRIGHT,**

    Defendants,

---

## DEFENDANT'S OBJECTION TO THE GOVERNMENT'S MOTION FOR A STAY AND *DE NOVO* OF THE MAGISTRATE'S PRE-TRIAL RELEASE ORDER

---

**COMES NOW**, Clifford Wright (Defendant #16 hereinafter Mr. Wright) by and through counsel, and hereby objects to the government's Motion for a Stay Order (Doc. #78). In support of this objection, Mr. Johnson states the following:

1. The government contends that the Honorable Magistrate Judge "erred by failing to give full effect and consideration to the presumption favoring detention in the circumstances in this case…" ¶ 9, Doc. #78.

2. The general argument put forward by the government in this Motion for a Stay (Doc. #78) is that while there is a presumption for detention that is rebuttal, the Court did not give enough weight to the presumption. The government, however, would have the Court give so much weight to the presumption for detention that it would be impossible to rebut.

3. Mr. Wright acknowledges the presumption for detention exists due to the charges filed against him in this case.

4. The presumption for detention can be rebutted, see 18 U.S.C. § 3142 (g).

5. At the Detention Hearing there was discussion concerning Mr. Wright's prior felony conviction and his successful completion of parole; that Mr. Wright has resided in Colorado for 32 years; that Mr. Wright is the primary custodian of his 10 year old son, and 16 year old daughter when she is home from Job Corp; that Mr. Wright is a college graduate that worked for the State of Colorado for almost 10 years; that he is presently buying a building at 1436 Tremont Place where he rents out studios and is refurbishing the building; that his business has value that is reflected by an offer of $30,000 for his interest in the building; and that the transactions that Mr. Wright is alleged to have participated in (please see Counts Twenty-Nine and Thirty of the Indictment) are approximately two years ago.

6. The government now requests a Stay and *De Novo* Hearing, however, no new evidence is presented in the government's motion, nor does the government offer any indication as to how the Honorable Magistrate Judge erred. In fact, while pre-trial release was granted, the Honorable Magistrate Judge did order electronic monitoring.

7. It is, therefore, the position of Mr. Wright that all relevant facts were considered, along with the presumption of detention, by the Honorable Magistrate Judge, and that the decision to grant pre-trial release was done after balancing the presumption for detention along with the relevant 18 U.S.C. § 3142 (g) factors in the light of the burden of persuasion born by the government.

8. The government notes that the presumption for detention can be rebutted. ¶ 7, Doc. #78. Mr. Wright rebutted the presumption for detention.

9. The government failed in its burden of persuasion, and as such, the request for a stay should be denied.

WHEREFORE, Clifford Wright (Defendant #16), hereby requests the Court deny the government's request for a stay and further that he be released pursuant to the Honorable Magistrate Judge's finding of January 26, 2012, subject to all terms and conditions contained in the Pre-Trial Release Order.

Dated this 30th day of January, 2012.

Respectfully submitted,

s/Ronald J. Hahn
Ronald J. Hahn
333 W. Hampden Ave., Ste. 415
Englewood, CO 80110

Telephone #: 303-762-0445
E-mail: rhahn3677@hotmail.com
FAX Number: 303-761-2735
Attorney for Defendant Clifford M. Wright

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2012, a true and correct copy of the foregoing **DEFENDANT'S OBJECTION TO THE GOVERNMENT'S MOTION FOR A STAY AND *DE NOVO* OF THE MAGISTRATE'S PRE-TRIAL RELEASE ORDER** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed attorney's of record at this time.

s/Andrea Marcotte-Slifka

3