IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. **12-cr-00010-MSK-16**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. ACHRAH, JR.,
15. JAMES R. SWITZER, and
16. **CLIFFORD M. WRIGHT,**

    Defendants,

---

**DEFENDANT'S WRIGHT'S RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER FOR JENCKS ACT. RULE 26.2 AND RULE 16 MATERIAL (DOC.41)**

---

**COMES NOW**, Defendant Clifford M. Wright by and through his attorney Ronald J. Hahn, and responds to the Government's Motion For Protective Order for Jencks Act, Rule 26.2 and Rule 16 Material (Doc. 41) as follows:

1. Counsel has reviewed the Motion and proposed Order.
2. Counsel does not object to entry of that Order.

Dated this 30th day of January, 2012.

                Respectfully submitted,

                s/Ronald J. Hahn
                Ronald J. Hahn
                333 W. Hampden Ave., Ste. 415
                Englewood, CO 80110

                Telephone #: 303-762-0445
                E-mail: rhahn3677@hotmail.com
                FAX Number: 303-761-2735
                Attorney for Defendant Clifford M. Wright

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2012, a true and correct copy of the foregoing **DEFENDANT'S WRIGHT'S RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER FOR JENCKS ACT. RULE 26.2 AND RULE 16 MATERIAL (DOC.41)** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed attorney's of record at this time.

                s/Andrea Marcotte-Slifka

2