IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-16

UNITED STATES OF AMERICA,

     Plaintiff,

16.  CLIFFORD M. WRIGHT,

     Defendant.

---

**EMERGENCY GOVERNMENT MOTION FOR A DETERMINATION
OF JURISDICTION PENDING DISTRICT COURT REVIEW
PURSUANT TO TITLE 18 U.S.C. § 3145**

---

THE UNITED STATES, by United States Attorney John F. Walsh, through the undersigned Assistant United States Attorney (Government), respectfully files this Emergency Government Motion for a Determination of Jurisdiction Pending District Court Review Pursuant to Title 18 U.S.C. § 3145 (Motion).  The Government states and represents to the Court as follows:

The Government believes the Honorable United States Magistrate Judge may release defendant Clifford M. Wright on Thursday, February 2, 2012, at approximately 10:00 a.m., on a release order entered on or about January 26, 2012, and finalized on February 2, 2012.  However, on January 26, 2012, the Government filed a Motion (# 78) asking for review and revocation by an Article III Judge of the Magistrate Judge's release order pursuant to Title 18, United States Code, Sections 3142 and 3145.  Said Motion (#78) also requests a Stay of the Honorable United States Magistrate Judge's Order of  Release on Bond as to defendant Clifford M. Wright.  As

such, the government submits that such release would be improper because it deprives the district court of an opportunity for meaningful review under 18 U.S.C. § 3145.

To date, to the best of undersigned counsel's knowledge, the Court has not ruled on the Government's Motion (#77).

Upon reflection, undersigned counsel has become concerned there may be some confusion involving the jurisdiction of the United States Magistrate Judge in relation to the Article III Judge to whom the Section 3145 review belongs by operation of statute. Government counsel's research in this area is limited, but it appears to the Government that once the question of bond has been elevated to the Article III Judge, the jurisdiction of the Magistrate Judge is limited. The Government submits that similar relations between Article III Judges and Magistrate Judges are discussed in *United States v. Brigham*, 569 F.3d 220, 228 (5th Cir. 2009) . . . ."[T]he Supreme Court has stressed that the reviewability of a magistrate judge's actions is a critical factor in considering the propriety of an Article III judge's delegation of authority to a magistrate judge." The Court goes on to say: "[Defendant] correctly argues that §3145 does not expressly authorize a stay. Nevertheless, as previously discussed with regard to review of the dismissal order, given that the issue being reviewed involves a person's release from custody pending further legal proceedings, the absence of stay authority could render the district court's review power illusory. Specifically, if the district court disagrees with the magistrate judge's determination regarding release versus detention, but no stay is in place, the person in question may have harmed the community or disappeared by the time the district court's ruling is rendered and detention is ordered." *Id*. at 230.

In the present case, if the Honorable Magistrate Judge does release the defendant on February 2, 2012, before the Article III Judge has ruled on the Motion (#78), the Honorable Magistrate Judge is arguably conclusively disposing of an issue which belongs to the jurisdiction of the Article III Judge.  The Government's Title 18 U.S.C. § 3145 right to district court review of a release order will be substantially circumvented if, due to the press of business or other matters, the Magistrate Judge's release order being raised for Article III  Judge review is executed by the Honorable United States Magistrate Judge before the Article III review takes place.

Wherefore, the Government respectfully files this Motion questioning the jurisdiction of the Honorable United States Magistrate Judge to proceed until and unless the Article III Court rules, at least on the request for stay represented in the Motion (# 78), or otherwise provides clarification or direction.

Respectfully submitted this 1st  day of February 2012.

JOHN F. WALSH
United States Attorney


BY: s/ Guy Till
GUY TILL
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-141
FAX: (303) 454-0401
E-mail: Guy.Till@usdoj.gov
Attorney for Government

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 1st day of February, 2012, I electronically filed the foregoing **EMERGENCY GOVERNMENT MOTION FOR A DETERMINATION OF JURISDICTION PENDING DISTRICT COURT REVIEW PURSUANT TO TITLE 18 U.S.C. § 3145** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

All counsel on record

By: <u>s/ Lisa Vargas</u>
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0406
E-mail: Lisa.Vargas@usdoj.gov