PS 40 (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

TO: United States Department of State
Office of Passport Services
Legal Affairs Division
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

FROM: U.S. District Court
Office of the Clerk
901 19th Street
Denver, CO 80294-3589

[X] **Original Notice**
Date: 2/7/12
By: J. Dawkins

[ ] **Notice of Disposition**
Date: _____
By: _____

Defendant: Wright, Clifford
Date of Birth: ___ 1972
SSN: _____

Case Number: 12-cr-10-MSK
Place of Birth: Kansas

**Notice of Court Order** (Order Date: _____ )

[ ] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[X] The above-named defendant surrendered passport number 472418748 and/or passport card number _____ to the custody of the U.S. District Court on 2-7-12.

**NOTICE OF DISPOSITION**

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court