IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. **12-cr-00010-MSK-16**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. ACHRAH, JR.,
15. JAMES R. SWITZER, and
16. **CLIFFORD M. WRIGHT,**

    Defendants,

---

## CLIFFORD WRIGHT'S UNOPPOSED MOTION TO EXCLUDE FOUR MONTHS FROM THE SPEEDY TRIAL ACT, VACATE DEADLINES AND VACATE TRIAL DATE

---

**COMES NOW**, Clifford Wright, by and through his undersigned attorney and respectfully requests an order excluding four months from the speedy trial time limitations and vacating current deadlines and the trial date.

Mr. Wright is similarly situated to Defendant 1, George Askew, except that Mr. Wright is on bond. Mr. Wright incorporates by reference the arguments made by Mr. Askew in his Unopposed Motion To Exclude Four Months From The Speedy Trial Act, Vacate Deadlines and Vacate Trial Date (DOC #182).

Counsel has conferred with AUSA Guy Till and is authorized to state that he does not appose this motion.

Dated this 15th day of February, 2012.

<div style="margin-left: 40%;">
Respectfully submitted,

s/Ronald J. Hahn
Ronald J. Hahn
333 W. Hampden Ave., Ste. 415
Englewood, CO  80110

Telephone #: 303-762-0445
E-mail: rhahn3677@hotmail.com
FAX Number:  303-761-2735
Attorney for Defendant Clifford M. Wright
</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2012, a true and correct copy of the foregoing **CLIFFORD WRIGHT'S UNOPPOSED MOTION TO EXCLUDE FOUR MONTHS FROM THE SPEEDY TRIAL ACT, VACATE DEADLINES AND VACATE TRIAL DATE** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed attorney's of record at this time.

s/Andrea Marcotte-Slifka

2