IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. **12-cr-00010-MSK-16**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. ACHRAH, JR.,
15. JAMES R. SWITZER, and
16. **CLIFFORD M. WRIGHT,**

    Defendants,

---

## WAIVER OF RE-ARRAIGNMENT PURSUANT TO FED.R.CRIM.P. RULE 10 AND ENTRY OF PLEA OF NOT GUILTY

---

I, Clifford M. Wright, the above named defendant, who is accused of two violations of 21 U.S.C. § 841(a)(1) and (b)(1)(C), Possession with intent to Distribute Cocaine, 21 U.S.C. § 856(a)(1) and (2) and (b), Using and Maintaining Drug-Involved Premises, 18 U.S.C. . § 2. and Aiding and Abetting, being advised of the nature of the charges and received a copy of said First Superseding Indictment (Docket #180), being advised of my rights, hereby waive my appearance at

the re-arraignment and request that the Court grant my request and accept my waiver of re-arraignment and plea of not guilty. I initially appeared at a detention hearing and arraignment hearing with regards to the Indictment (Docket #1) on or about January 26, 2012 and was subsequently released on a $10,000 unsecured bond with electronically monitoring (Docket Numbers 75, 158, 160).

Dated this 14th day of February, 2012.

_____
Clifford M. Wright, Defendant

Respectfully submitted,

S+/Ronald J. Hahn
Ronald J. Hahn
333 W. Hampden Ave., Ste. 415
Englewood, CO 80110

Telephone #: 303-762-0445
E-mail: rhahn3677@hotmail.com
FAX Number: 303-761-2735
Attorney for Defendant Clifford M. Wright

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2012, a true and correct copy of the foregoing **WAIVER OF RE-ARRAIGNMENT PURSUANT TO FED.R.CRIM.P. RULE 10 AND ENTRY OF PLEA OF NOT GUILTY** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed attorney's of record at this time.

s/Andrea Marcotte-Slifka

2