IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. **12-cr-00010-MSK-16**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. ACHRAH, JR.,
15. JAMES R. SWITZER, and
16. **CLIFFORD M. WRIGHT,**

    Defendants,

---

### DEFENDANT CLIFFORD M. WRIGHT'S NOTICE OF DISPOSITION AND REQUEST FOR CHANGE OF PLEA HEARING

---

The Defendant, Clifford M. Wright, hereby notifies the Court that he has reached a disposition with the government in this case. The Defendant requests that a change of Plea Hearing be set.

Dated this 3rd day of April, 2012.

                      Respectfully submitted,

                      S+/Ronald J. Hahn
                      Ronald J. Hahn
                      333 W. Hampden Ave., Ste. 415
                      Englewood, CO  80110

                      Telephone #: 303-762-0445
                      E-mail: rhahn3677@hotmail.com
                      FAX Number:  303-761-2735
                      Attorney for Defendant Clifford M. Wright

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2012, a true and correct copy of the foregoing **DEFENDANT CLIFFORD M. WRIGHT'S NOTICE OF DISPOSITION AND REQUEST FOR CHANGE OF PLEA HEARING** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed attorney's of record at this time.

                      s/Andrea Marcotte-Slifka