IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. **12-cr-00010-MSK-16**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.   JOHNIE A. MYERS,
11.   DARRELL R. PARKER,
12.   CALVIN R. RILEY,
13.   COREY L. RILEY,
14.   THOMAS A. ACHRAH, JR.,
15.   JAMES R. SWITZER, and
**16.**   **CLIFFORD M. WRIGHT,**

      Defendants,

---

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

---

**COMES NOW**, Clifford Wright, by and through CJA appointed counsel, Ronald J. Hahn,

and hereby moves this Honorable Court to modify the terms and conditions of his pretrial release

and to terminate electronic monitoring.

As grounds Counsel states as follows:

      1.     On February 2, 2012 Mr. Wright was released on a $10,000 unsecured bond. A

condition of the bond required that Mr. Wright be subjected to electronic monitoring.

2.      Mr. Wright has been supervised by Probation Officer Jerald Mason.  Mr. Wright has been compliant with all conditions of his bond.

3.      Counsel has conferred with Mr. Mason concerning terminating electronic monitoring.  Mr. Mason has indicated that he is not opposed to ending that condition of Mr. Wright's bond.

4.      Counsel spoke with Assistant U.S. Attorney Guy Till on April 24, 2012.  He does not oppose this request.

Dated this 25th day of April, 2012.

Respectfully submitted,

s/Ronald J. Hahn
Ronald J. Hahn
333 W. Hampden Ave., Ste. 415
Englewood, CO  80110
Telephone #: 303-762-0445
E-mail: rhahn3677@hotmail.com
FAX Number:  303-761-2735
Attorney for Defendant Clifford Wright

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2012, a true and correct copy of the foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS  OF RELEASE** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed attorney's of record at this time.

s/Andrea Marcotte-Slifka

2