IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. **12-cr-00010-MSK-16**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. ACHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  **CLIFFORD M. WRIGHT,**

        Defendants,

---

**DEFENDANT CLIFFORD M. WRIGHT'S OBJECTION TO PRESENTENCE REPORT**

---

**COMES NOW**, Clifford Wright, by and through CJA appointed counsel, Ronald J. Hahn, and respectfully submits the following objections to the Presentence Investigation.

1.     With regard to paragraph 40, Mr. Wright believes that there was a misunderstanding with regard to his stepfather. Mr. Wright had a positive relationship with his stepfather and he disputes the statement that he never developed a relationship with his stepfather.

2. Paragraph 44, Mr. Wright feels that it is appropriate to make clear that Zaire Wright is the daughter who he was alleged to have assaulted and that once he was released from his sentence in 2003 CR 1716 she resided with him from May 2009 to August 2011 with the blessing and consent of the maternal side of the family. She only moved to Georgia because her mother was diagnosed with ovarian cancer and requested that Zaire come to live with her to help care for her younger siblings.

3. Paragraph 47, Mr. Wright was hospitalized because of what the doctor's believed to be meningitis, however it was later determined that it was likely just a virus.

4. Paragraph 49, Mr. Wright does not recall ever being required to participate in a substance abuse treatment program while on parole. He was required to submit to random urine screens, all of which were negative.

5. Paragraph 52, Mr. Wright objects to the subliminal message conveyed regarding his studies. He acknowledges that there were semesters that he did not finish some classes, but he feels it is important to note that he was a full time parent during this period and it often interfered with his educational program. He also believes it is important to note that his GPA in his major was +3.0.

Dated this 24 day of September, 2012.

                              Respectfully submitted,

                              s/Ronald J. Hahn
                              Ronald J. Hahn
                              333 W. Hampden Ave., Ste. 415
                              Englewood, CO  80110
                              Telephone #: 303-762-0445
                              E-mail: rhahn3677@hotmail.com
                              FAX Number:  303-761-2735
                              Attorney for Defendant Clifford Wright

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day September, 2012, a true and correct copy of the foregoing **DEFENDANT CLIFFORD M. WRIGHT'S OBJECTION TO PRESENTENCE REPORT** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed attorney's of record at this time.

                              s/Andrea Marcotte-Slifka