IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. **12-cr-00010-MSK-16**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. ACHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  **CLIFFORD M. WRIGHT,**

        Defendants,

---

## MOTION TO CONTINUE SENTENCING HEARING

---

Defendant Clifford Wright, by and through his undersigned counsel, respectfully requests

that the sentencing hearing presently scheduled on October 10, 2012 @ 9:00 a.m. be continued.

Mr. Wright has been attempting to obtain records from Progressive Treatment Systems, P.C.

for at least the last three weeks. These records should be helpful to the Court in determining an

appropriate sentencing order and should also be helpful to the Defendant to formulate his

sentencing statement for the Court.

Counsel has conferred with Assistant U.S. Attorney Guy Till about this Motion To Continue

and he has no objection to the request.

Dated this _3rd_ day of October, 2012.

                       Respectfully submitted,

                       s/Ronald J. Hahn
                       Ronald J. Hahn
                       333 W. Hampden Ave., Ste. 415
                       Englewood, CO  80110
                       Telephone #: 303-762-0445
                       E-mail: rhahn3677@hotmail.com
                       FAX Number:  303-761-2735
                       Attorney for Defendant Clifford Wright

## CERTIFICATE OF SERVICE

I hereby certify that on the _3rd_ day October, 2012, a true and correct copy of the foregoing **MOTION TO CONTINUE SENTENCING HEARING** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed attorney's of record at this time.

                       s/Andrea Marcotte-Slifka

2