IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-16

UNITED STATES OF AMERICA,

    Plaintiff,

v.

16.  CLIFFORD M. WRIGHT,

    Defendant.

_____

**GOVERNMENT'S RESPONSE TO
DEFENDANT WRIGHT'S MOTION FOR NON GUIDELINE SENTENCE
PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3553 [#739]**
_____

    The United States of America, by United States Attorney John F. Walsh, through the undersigned Assistant U.S. Attorney (Government), hereby respectfully enters the Government's Response to Defendant Clifford M. Wright's Motion for a Non Guideline Sentence Pursuant to Title 18, United States Code, Section 3553 (Motion) [#739].  The Government respectfully objects to the Motion and states and represents as follows:

    1.  The personal factors generally identified in the Motion are substantially addressed in the Presentence Report (PSR).

    2.  In this case, as in many cases, the methodical and professional application of the Sentencing Guideline's factors has resulted in a well founded advisory recommendation based on a dispassionate and systematic review of pertinent factors.

    3.  The Government notes the proposed sentence range has been adjusted by the application of established Sentencing Guidelines provisions.  The Government is further requesting, pursuant to Section 5K1.1 of the Sentencing Guidelines, for a reduction based on substantial assistance.

4. The Government respectfully submits the imposition of a sentence consistent with the Sentencing Guidelines calculations, as adjusted by the Court's consideration of the Government's Section 5K1.1 Motion, in this case will best serve the purposes of Title 18 U.S.C. § 3553(a).

Respectfully submitted this 9th day of November 2012.

JOHN F. WALSH
United States Attorney

By: *s/Guy Till*
GUY TILL
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: (303) 454-0409
E-mail: Guy.Till@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of November, 2012, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT WRIGHT'S MOTION FOR NON GUIDELINE SENTENCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3553 [#739]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case and certify that I have emailed the document to the following non CM/ECF participant:

U.S. Probation, District of Colorado

                                                By: s/ Lisa Vargas
                                                LISA VARGAS
                                                Legal Assistant
                                                1225 Seventeenth Street, Suite 700
                                                Denver, Colorado 80202
                                                Telephone:  (303) 454-0100
                                                Facsimile:  (303) 454-0409
                                                E-mail: Lisa.Vargas@usdoj.gov